### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ADA MAYOR,

     Plaintiff,                                 Case No. 1:24-cv-23834-FAM

vs.

SCOTTSDALE INSURANCE
COMPANY,

     Defendant.

_____/

### JOINT NOTICE OF SETTLEMENT

Plaintiff, ADA MAYOR, and Defendant, SCOTTSDALE INSURANCE COMPANY, by and through their undersigned counsel, hereby file this Joint Notice of Settlement to notify the Court that the Parties have reached a tentative settlement in the above-styled action, pending the exchange and execution of settlement documents. The Parties respectfully request thirty (30) days from today's date to complete the settlement process and submit a Joint Stipulation for Dismissal with Prejudice.

| | |
|---|---|
| Date:  2/27/25 | Date:  2/27/25 |
| */s/ Jorge Fernandez* | */s/ Julia G. Young* |
| Jorge Fernandez, Esquire | Julia G. Young, Esquire |
| Florida Bar No. 1015541 | Florida Bar No. 94334 |
| Kanner & Pintaluga, P.A. | Wilson Elser Moskowitz Edelman |
| jfernandez@kpattorney.com | & Dicker LLP |
| firstpartyservice@kpattorney.com | julia.young@wilsonelser.com |
| 2020 Ponce De Leon, PH2 | heather.sadusky@wilsonelser.com |
| Coral Gables, FL 33134 | 111 North Orange Avenue, Suite 1200 |
| Telephone: (561) 892-9945 | Orlando, Florida 32801 |
| Attorneys for Plaintiff | Telephone: (407) 203-7599 |
| | Attorneys for Defendant |